821728-01

February 3, 2015
Mr Abel Acosta, Clerk of Court
Criminal Court of Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

RE: Joel Witwer #1251417
    Case No. 710860-A

Dear Mr Acosta,

   I hope this letter finds you in the best of health. This letter is my official notification of my:

### CHANGE OF ADDRESS

My former address of 1604 South First Street, Diboll, Texas 75941 is no longer a valid address. Any correspondense mailed after January 30 or near there, to said address may be returned to you.

   Please make the approprate change in your records to show the new correct address of parole Feb. 12, 2015 will be,

Mr. Joel Witwer
17219 Market Street
Channelview, Texas 77530

   Thankyou for your prompt attention regarding this most important legal matter.

                              Respectfully.

                              Joel Witwer #1251417

                              JOEL WITWER